UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 4:15-cv-40171-TSH

|  |  |
|---|---|
| OSCAR GONZALEZ,<br>　　　　Plaintiff,<br><br>v.<br><br>JOSEPH HILTON, DOUGLAS GROUT,<br>WILLIAM KOKOCINSKI, and<br>STEPHAN P. McKAY, II, in their individual<br>capacities,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this matter for Defendant Douglas Grout.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　For Defendant Douglas Grout
　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　RAFANELLI & KITTREDGE, P.C.

　　　　　　　　　　　　　　　　/s/ Joseph P. Kittredge
　　　　　　　　　　　　　　　　Joseph P. Kittredge, BBO# 548841
　　　　　　　　　　　　　　　　One Keefe Road
　　　　　　　　　　　　　　　　Acton, MA 01720
　　　　　　　　　　　　　　　　978-369-6001

Certificate of Service

      I hereby certify that on this date this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  January 29, 2016                                         /s/ Joseph P. Kittredge
                                                                      Joseph P. Kittredge