UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 15-40171

OSCAR GONZALEZ,

    Plaintiff,

    v.

JOSEPH HILTON, DOUGLAS GROUT, WILLIAM KOKOCHINSKI, and STEPHAN P. MCKAY II, in their individual capacities,

    Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Joseph Hilton, in the above- captioned matter.

Respectfully Submitted,
The Defendant, Joseph Hilton,
By His Attorney,

*/s/ Leonard Kesten*
Leonard H. Kesten, BBO #542042
BRODY, HARDOON, PERKINS & KESTEN,LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
lkesten@bhpklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                */s/ Leonard Kesten*
                Leonard H. Kesten, BBO #542042

Dated: 2.17.16