UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OSCAR GONZALEZ,<br>    *Plaintiff* | )<br>)<br>) |
| v. | )<br>) |
| JOSEPH HILTON, DOUGLAS GROUT,<br>WILLIAM KOKOCINSKI, and<br>STEPHAN P. MCKAY, II, in their individual<br>capacities, | )<br>)<br>)<br>)<br>) |
|     *Defendants* | )   Civil Action 4:15-CV-40171-TSH<br>) |

**NOTICE OF APPEARANCE**

NOW COMES the undersigned Emily S. Bush, who notices her appearance as co-counsel, behind lead attorney Daniel J. Moynihan, for Defendant, Stephan P. McKay, II in the above captioned matter.

Respectfully submitted,

   /s/ Emily S. Bush
Emily S. Bush (BBO# 690887)
Law Office of Daniel J. Moynihan, PC
271 Main Street, Suite 302
Stoneham, MA 02180
(781) 438-8800
Emily.bush.@attorneymoynihan.com

CERTIFICATE OF SERVICE

I, Emily S. Bush, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 21, 2016.

   /s/ Emily S. Bush